UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SALLY SNOW,

                Plaintiff,

v.                                                                                        **ORDER**

PEACEMAKERS' COURT,                                          07-CV-680S

                Defendant.

      Plaintiff commenced this action on October 12, 2007 and filed a Motion for Preliminary Injunction (Docket No. 2) on the same date.

      Pursuant to Local Rule of Civil Procedure 65(b), "[a] preliminary injunction will only issue after notice and hearing." An affidavit of service was filed on October 19, 2007. Accordingly, the preliminary injunction motion may now be scheduled.

      Plaintiff's motion includes a request for an expedited hearing pursuant to "Local Rule of Civil Procedure 7.1(b)" [sic] (the relevant provision is actually 7.1(d)). Local Rule 7.1(d) first requires that the motion to shorten time be separately made and state the reasons why an expedited hearing is required. This was not done here. Therefore, the motion will not be scheduled on an expedited basis.

      **IT HEREBY IS ORDERED** that a Plaintiff shall serve a copy of this Order upon the Defendant by personal service no later than 5:00 p.m. on October 28, 2007;

      **FURTHER**, that Defendant's papers in response to the preliminary injunction motion, if any, are to be filed and served no later than November 16, 2007; and

      **FURTHER**, that a status conference will be held on November 27, 2007, at 11:00

1

a.m., in Part IV, United States Courthouse, 68 Court Street, Buffalo, New York to determine the need for and scheduling of a hearing on Plaintiff's preliminary injunction motion.

SO ORDERED.

Dated:	October 19, 2007
	Buffalo, New York

			/s/William M. Skretny
			WILLIAM M. SKRETNY
			United States District Judge